# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 7. Mediation Questionnaire

*Instructions for this form:* *https://www.ca9.uscourts.gov/forms/form07instructions.pdf*

**9th Cir. Case Number(s)** 26 4493

**Case Name** CAMPBELL, et al. v. HONEY SCIENCE, LLC, and PAYPAL, INC.

**Counsel submitting this form** DAVID J. GALLO

**Represented party/parties** ALL PLAINTIFFS APPELLANTS

*Briefly describe the dispute that gave rise to this lawsuit.*

Proposed class action by UK resident consumers against owners of the "Honey" browser extension, which falsely claims to search internet for best coupons / discount codes while actually just "finding" those which the sellers wish for Honey to offer. Primary basis for suit is California's Unfair Competition Law. Browser extension also extracts data from users' computers to reveal websites they have visited, which Plaintiffs Appellants contend is a violation of their privacy rights.

*Feedback or questions about this form? Email us at* *forms@ca9.uscourts.gov*

**Form 7**                                                                                   *Rev. 09/01/22*

1

*Briefly describe the result below and the main issues on appeal.*

District Court granted without leave to amend third motion to dismiss. Issues will be whether dismissal was proper, and whether leave to amend should have been granted.

*Describe any proceedings remaining below or any related proceedings in other tribunals.*

This action has been terminated in the District Court. There is a related action, styled, "White v. Paypal Holdings, Inc., a et al.", 5:25 cv 4884 PCP, before the same judicial officer. Motion to dismiss in that case scheduled for hearing on 20 August 2026. Interlocutory appeal (regarding arbitration) in that case is pending as 26 1838.

**Signature** /s/ David J. Gallo    **Date** 20 JULLY 2026

*(use "s/[typed name]" to sign electronically-filed documents)*

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

**Form 7**    *Rev. 09/01/22*